**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6932

IVAN SPARKS,

Plaintiff - Appellant,

versus

GENE M. JOHNSON; RON ANGELONE; D. J.
ARMSTRONG; LEWIS B. CEI; W. P. ROGERS; G. K.
WASHINGTON; KELLY HARRISON; L. EDMONDS,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-03-42-SGW)

Submitted: October 29, 2004          Decided: November 16, 2004

Before WILKINSON, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ivan Sparks, Appellant Pro Se. Susan Foster Barr, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ivan Sparks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sparks v. Johnson, No. CA-03-42-SGW (W.D. Va. filed Apr. 29, 2004; entered Apr. 30, 2004). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED